# FINNEGAN | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

MARY BETH WALKER
202.408.4128
marybeth.walker@finnegan.com

X FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 1 2 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

January 11, 2012

Brian D. Karth
Clerk of Court/District Court Executive
United States District Court - District Of Arizona
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003

**MC 12-005 PHX**

Subpoena Under the Digital Millennium Copyright Act
Our Reference:  04951.0361

Dear Mr. Karth:

We are the authorized agent of The American Petroleum Institute.  Pursuant to 17 U.S.C. § 512(h), we hereby attach: (1) a copy of the notification sent to CWIE, LLC pursuant to 17 U.S.C. § 512(c)(3)(A); (2) a proposed subpoena; and (3) a sworn declaration in support of the subpoena.  Please issue and sign the proposed subpoena and return it to me for delivery to CWIE, LLC.

Pursuant to the fee schedule for filings in the United States District Court for the District of Arizona, we enclose a check in the amount of $46.00 for miscellaneous matters.

If you have any questions, please contact me directly at (202) 408-4128.

Respectfully submitted,

Mary Beth Walker

MBW

cc:   B. Brett Heavner, Esq.

Enclosures:   Copy of January 11, 2012 Notification
              Proposed Subpoena
              Sworn Declaration
              Check in the amount of $46.00

901 NEW YORK AVENUE, NW  |  WASHINGTON, DC 20001-4413
PHONE: 202.408.4000  |  FAX: 202.408.4400

## DECLARATION OF MARY BETH WALKER IN SUPPORT OF THE AMERICAN PETROLEUM INSTITUTE'S 17 U.S.C. § 512 SUBPOENA

I, Mary Beth Walker declare as follows:

The purpose for which this subpoena is sought is to obtain the identity of an alleged infringer and such information will only be used for the purpose of protecting rights under 17 U.SC. §101 *et seq*.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. This declaration is executed on this 11th day of January, 2012.

_____
Mary Beth Walker