# FINNEGAN

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

MARY BETH WALKER
202.408.4128
marybeth.walker@finnegan.com

January 11, 2012

Mr. Thomas Fisher
DMCA Agent
CWIE, LLC
2352 E. University Drive
Tempe, Arizona 85281

**VIA FACSIMILE & EMAIL**
*Tomf@cavecreek.com* and 480-449-8814

Re:  17 U.S.C. § 512(c) Notice of Copyright Infringement

Dear Mr. Fisher:

We write on behalf The American Petroleum Institute ("API"). API is the owner of all right, title, and interest, including copyright, in the technical standards relating to petroleum products, the representative titles of which are attached hereto as Ex. A. All API technical standards are registered with the U.S. Copyright Office.

It has come to our attention that infringing copies of the works identified in Ex. A, as well as other API works, are available on the website www.engineeringcodes.com. This website is registered in the name of Engineeringdevel Inc. We understand that CWIE, LLC an Internet Service Provider (ISP) for the www.engineeringcodes.com website. **All** API works on www.engineeringcodes.com, including the API works at the following sample URLS, are unauthorized and infringing and must be disabled and deleted immediately.

http://www.engineeringcodes.com/index.php?main_page=index&cPath=2
http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=1
http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=2
http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=3
http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=4
http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=5
http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=6
http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=7

Pursuant to 17 U.S.C. § 512(c), please immediately delete or remove all API materials and/or disable the website. We hereby certify that we: (1) are authorized to act on behalf API, (2) have provided an e-mail address to contact the undersigned, (3) have identified the infringing materials, (4) have a good-faith belief that use of the copyrighted material described above is not authorized by the copyright owner, its

CWIE, LLC
Page 2

agent, or the law; and (5) swear, under penalty of perjury, that the information in this notification is accurate to the best of our knowledge.

Thank you for your attention to this matter.

Sincerely,

*Mary Beth Walker*

Mary Beth Walker

MBW

cc:   B. Brett Heavner, Esq.

Enclosures:   Exhibit A - List of API Works

## EXHIBIT A

| | |
|---|---|
| API RP 510 2006 | API RP 686 2009 |
| API RP 1102 2010 | API RP 687 2009 |
| API 570 2009 | API RP 941 2008 |
| API RP 2003 2008 | API SPEC 10A 2010 |
| API RP 572 2009 | API SPEC 11E 2009 |
| API RP 573-2003 (R 2010) | API SPEC 13A 2010 |
| API RP 582 2009 | API SPEC 5B 2008 |
| API RP 5A5 2005 (R 2010) | API SPEC 5CT 2011 |
| API RP 751 2007 | API SPEC 5L 2011 |
| API RP 752 2009 | API SPEC 5LD 2009 |
| API RP 753 2007 | API SPEC 6A 2011 |
| API RP 754 2010 | API SPEC 6D 2009 |
| API RP 755 2010 | API SPEC 6DSS 2009 |
| API RP 945 2008 | API SPEC 7-1 2011 |
| API RP 2A - WSD 2007 | API SPEC 7-2 2010 |
| API RP 571 2003 | API STD 650 2009 |
| API RP 574 2009 | API STD 653 2010 |
| API RP 575 2005 | API STD 1104 2010 |
| API RP 576 2009 | API STD 2000 2009 |
| API RP 577 2004 | API STD 520 P1 2008 |
| API RP 578 2010 | API STD 537 2008 |
| API RP 580 2009 | API STD 521 2008 |
| API RP 581 2008 | API STD 526 2009 |
| API RP 651 2007 | API STD 530 2009 |

API RP 652 2005

API STD 546 2008

API STD 560 2007

API STD 610 2011

API STD 611 2008

API STD 612 2005

API STD 613 2005 (R 2007)

API STD 614 2008

API STD 617 2002 (R 2009)

API STD 618 20010

API STD 619 2010

API STD 620 2010

API TR 5C3 2008

# Clemsic, Arlene

| | |
|---|---|
| **From:** | Walker, Mary Beth |
| **Sent:** | Wednesday, January 11, 2012 3:34 PM |
| **To:** | 'Tomf@cavecreek.com' |
| **Cc:** | Heavner, B. Brett; Clemsic, Arlene |
| **Subject:** | 17 U.S.C. § 512(c) Notice of Copyright Infringement |
| **Attachments:** | image001.png; [Untitled].pdf; Exhibit A.pdf |

Tomf@cavecreek.com

Dear Mr. Fisher:

We write on behalf The American Petroleum Institute ("API"). API is the owner of all right, title, and interest, including copyright, in the technical standards relating to petroleum products, the representative titles of which are attached hereto as Ex. A. All API technical standards are registered with the U.S. Copyright Office.

It has come to our attention that infringing copies of the works identified in Ex. A, as well as other API works, are available on the website www.engineeringcodes.com. This website is registered in the name of Engineeringdevel Inc. We understand that CWIE, LLC an Internet Service Provider (ISP) for the www.engineeringcodes.com website. **All** API works on www.engineeringcodes.com, including the API works at the following sample URLS, are unauthorized and infringing and must be disabled and deleted immediately.

  http://www.engineeringcodes.com/index.php?main_page=index&cPath=2
  http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=1
  http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=2
  http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=3
  http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=4
  http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=5
  http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=6
  http://www.engineeringcodes.com/index.php?main_page=index&cPath=2&sort=20a&page=7

Pursuant to 17 U.S.C. § 512(c), please immediately delete or remove all API materials and/or disable the website. We hereby certify that we: (1) are authorized to act on behalf API, (2) have provided an e-mail address to contact the undersigned, (3) have identified the infringing materials, (4) have a good-faith belief that use of the copyrighted material described above is not authorized by the copyright owner, its agent, or the law; and (5) swear, under penalty of perjury, that the information in this notification is accurate to the best of our knowledge. A copy of this letter on letterhead with my signature is attached.

Thank you for your attention to this matter.

Sincerely,

**Mary Beth Walker**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4128 | fax: 202.408.4400 | marybeth.walker@finnegan.com | www.finnegan.com

# FINNEGAN

1