# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

IN RE CWIE, LLC

**MC 12-005 PHX**

## SUBPOENA UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT

**TO:**   Mr. Thomas Fisher
DMCA Agent
CWIE, LLC
2352 E. University Drive
Tempe, Arizona 85281

**AUTHORIZED AGENT FOR CWIE, LLC**

**YOU ARE ORDERED** to produce for inspection the identity, address, telephone number, and related information concerning the registrant and/or owner of the domain name and website www.engineeringcodes.com, which copied and distributed infringing content as provided for under The Digital Millennium Copyright Act of 1998, 17 U.S.C. §512(h).

**DOCUMENTS:**

Documents sufficient to identify the true name, address, telephone number, and other reasonably available identifying information of the owner, operator, and/or person or entity that has registered, and/or controls or controlled www.engineeringcodes.com.

**PLACE:**

The information shall be sent to the following authorized representatives of The American Petroleum Institute:

B. Brett Heavner, Esq.
Mary Beth Walker, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, D.C. 20001
Telephone: 202-408-4000
marybeth.walker@finnegan.com

Date: 1-12-12

**BRIAN D. KARTH**

Clerk of Court

Date: 1-12-12